## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 27, 2006*

[Cite as *04/27/2006 Case Announcements*, 2006-Ohio-2056.]

## MOTION AND PROCEDURAL RULINGS

**2006–0202.   Tarr v. Williams.**
In Habeas Corpus. This cause came on for further consideration of petitioner's motion for relief from judgment. Upon consideration thereof,
   IT IS ORDERED by the court that the motion is denied.